```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5       U.S. Courthouse, 14th Floor
         312 N. Spring Street
 6       Los Angeles, CA 90012
         Telephone: (213)894-6166
 7       Facsimile: (213)894-7177

 8  Attorneys for Plaintiff
    United States of America
```

                     UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV09-09235 MMM (AGRx) |
| Plaintiff, ) | VERIFIED COMPLAINT FOR FORFEITURE |
| v. ) | [18 U.S.C. § 924(d)] |
| 206 FIREARMS and 41,725 rounds of assorted ammunition; ) | [A.T.F.] |
| Defendants. ) | |

     For its claim against the defendants, 206 firearms and 41,725 rounds of assorted ammunition, described more specifically below, plaintiff United States of America alleges as follows:

                        **JURISDICTION AND VENUE**

     1.   This is a civil *in rem* action for forfeiture of personal property pursuant to 18 U.S.C. § 924(d).

     2.   This court has jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

     3.   Venue lies in this district pursuant to 28 U.S.C. §§ 1355 and 1395.

## PERSONS AND ENTITIES

4. The plaintiff is the United States of America.

5. The defendants are firearms and ammunition with a combined appraised value of $56,626.10, seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") from Steven Mitchell ("Mitchell") in Victorville and Apple Valley, California, on May 15, 2009. The defendants were seized during the execution of federal search and seizure warrants. A list of the specific items seized is attached hereto as Attachment A and incorporated into this complaint by reference. To facilitate identification, the item numbers on Attachment A are the asset ID numbers issued in the personal seizure notice sent to Mitchell.

6. All of the defendants meet the definition of firearm or ammunition contained in the Gun Control Act ("GCA"), 18 U.S.C. §§ 921(a)(3) and 921(a)(17).

7. At the time of the seizure, Mitchell held a federal firearms license as a dealer in firearms other than destructive devices, and did business under the trade name "Lock, Stock & Barrel." His licensed business premises were located at 15048 Bear Valley Road, Victorville, California. Mitchell has claimed all of the defendants, and his interest in the defendants may be affected by these proceedings.

8. Mitchell's firearms business was open to the public and, as part of that business, Mitchell sold firearms both from his own inventory and on consignment for members of the public. He also repaired firearms on his business premises. Accordingly, in addition to the claim of Mitchell, ATF has received claims and anticipates additional claims from persons who had paid for

firearms but had not yet received them, or were at the location for repairs. Attachment B, incorporated herein by reference, lists claimants other than Mitchell and the particular firearms (again identified by asset ID number) claimed by each, as well as persons believed by the government to have potential interests in the defendants.

## FACTS SUPPORTING FORFEITURE

9. The GCA, as amended, makes it unlawful for any person other than a licensed dealer to engage in the business of dealing in firearms. The responsibility for enforcing the GCA, including the provisions related to federal firearms licensees ("FFLs"), has been delegated to ATF.

10. Among other things, FFLs are required to record their acquisition and disposition of every firearm in an acquisition and disposition ("A&D") record and to maintain the A&D record at their licensed business premises. For each firearm taken into inventory, the FFL is required to record the make, model, and serial number of the firearm; the date of acquisition; the name and address (or federal firearms license number) from whom the firearm was acquired; the date on which the firearm was disposed of; and the name and address (or federal firearms license number or Form 4473 transaction number) of the person to whom the dealer transferred the firearm.

11. In addition to A&D records, an FFL is required to obtain a completed ATF Form 4473 (the "Firearms Transaction Record") before the FFL can transfer or sell a firearm to any unlicensed person. An FFL may not complete a transfer to an

unlicensed person without conducting a background check and recording the information on the Form 4473.

12. An FFL is also required to report any theft or loss of a firearm to ATF by preparing and submitting an ATF Form 3310.11 (Federal Firearms Licensee Theft/Loss Report).

13. In September 2007, ATF was informed by the California Department of Justice ("CADOJ") that a recent CADOJ inspection of Lock, Stock & Barrel revealed that the FFL might be conducting straw sales (explained below) and/or selling to prohibited persons, and was destroying required paperwork. A prohibited person is someone who is not legally entitled to acquire a firearm, such as a convicted felon. ATF opened a criminal investigation into Lock, Stock & Barrel.

14. From approximately November 2007 through December 2008, ATF used undercover agents and four confidential informants ("CIs") to purchase firearms that could not lawfully be sold to the purchasers because they were prohibited from receiving or possessing firearms under federal law.

15. A straw purchase occurs when the actual buyer uses a third party (the straw purchaser) to execute the ATF Form 4473 to make it appear as if the straw purchaser is the actual purchaser of the firearm when, in fact, he or she is not. The licensee selling the firearm under these circumstances violates federal law if the licensee is aware of the false statements on the ATF Form 4473 or has reason to believe he is disposing of the firearm to a person prohibited from possessing such firearm under federal law.

16. On numerous occasions, an employee of Lock, Stock & Barrel sold firearms and ammunition to persons he knew or had reasonable cause to believe were convicted felons. On several of these occasions, the illegal sales were made with the knowledge and consent of Mitchell. On at least one occasion, Mitchell personally allowed a straw purchaser to complete the Form 4473 for a CI, who Mitchell knew or had reason to believe was a convicted felon. During the course of that transaction, Mitchell indicated that he knew the convicted felon had obtained additional firearms from Lock, Stock & Barrel, and further indicated a future willingness to sell the CI more firearms.

17. Mitchell was in the store for the majority of the straw sales when CI-1 discussed his felony conviction and his prohibited status.

18. Lock, Stock & Barrel's storefront is a small store situated in a strip mall type building. Within the store there is a sales counter that runs along the eastern wall and then from east to west across the store, where the cash register is situated. Behind that counter is an approximately six foot cubicle type wall that separates the office and storage area to the rear from the customer service area. Sound travels well throughout the store. During all of the undercover agent and CI purchases, Mitchell was either at the front counter or behind the cubicle type wall.

19. Specifically, on September 10, 2008, Mitchell permitted CI-1, who is a convicted felon and who had previously straw purchased firearms from Lock, Stock & Barrel, to select a Hi-Point Model C9 9mm pistol to purchase. During the conversation

with CI-1, Mitchell specifically noted that CI-1 had purchased similar firearms, asking CI-1, "Don't you have one or two of these?" CI-1 stated, "I've got to keep gettin' them," and Mitchell replied, "You have to keep on gettin' them." CI-1 asked, "Don't you know I already got some?" and Mitchell stated, "I know you got some."

20. Mitchell then turned to CI-2 and asked her, "You got your stuff?" and CI-2 replied, "Yeah." Mitchell asked, "You got the card and the license?" CI-2 stated, "Yeah, yeah," and provided a California Driver's License and a California State Handgun Safety Card.

21. Mitchell asked CI-1, "That's all you want?" CI-1 stated, "That's it." CI-1 paid Mitchell $272.04 for the Hi-Point pistol. CI-1 stated, "Reminds me of my other gun. Pretty soon I'll open my own gun store with all the guns I bought from you." Mitchell replied, "You got a lot of 'em."

22. Mitchell completed a store invoice using CI-2's name and information and retrieved an ATF Form 4473. Mitchell gave the ATF Form 4473 to CI-2. CI-2 filled out the ATF Form 4473. Mitchell reviewed the ATF Form 4473 and pointed out to CI-2 to fill in her county and place of birth, stating, "Your residence is California and put N/A there and N/A there." CI-1 stated, "You're giving us a lot of help." Mitchell stated, "Have to. Have to, when you're coming back." CI-1 stated, "Why do you think I'm back?"

23. On July 6, 2008, the San Bernardino County Sheriff's Department responded to an alarm at Lock, Stock & Barrel; the firearms business had been broken into and a number of firearms

stolen. On or about August 15, 2008, Mitchell's FFL filed a Form 3310.11 (Federal Firearms Licensee Theft/Loss Report) with ATF. In that report, Mitchell listed a number of firearms as stolen that were, in fact, not stolen and were recovered by ATF during the execution of the warrants. Those firearms are item numbers 09-ATF-015874, 09-ATF-015875, 09-ATF-015877, 09-ATF-016007 and 09-ATF-016183.

24. In addition to its record-keeping requirements, the GCA and its implementing regulations require separate licenses for every premises where a person is engaging in the business of dealing in firearms. Accordingly, it is a violation of the GCA and its implementing regulations to engage in the business of dealing in firearms at any place other than the FFL's licensed business premises. A dealer in firearms includes any person engaged in the business of repairing or of making or fitting special barrels, stocks, or trigger mechanisms to firearms (e.g., a gunsmith).

25. During its 2006 inspection of Lock, Stock & Barrel, ATF discovered that Mitchell was performing gunsmithing work away from his licensed premises of Lock, Stock & Barrel in violation of the GCA and its implementing regulations, and cited him for violating 18 U.S.C. § 923(a).

26. During an inventory done by ATF following a reported break-in at Lock, Stock & Barrel in or around July 2008, gunsmithing equipment was found in the garage at Mitchell's house.

27. On or about April 18, 2008, during a CI undercover purchase at Lock, Stock & Barrel, Mitchell indicated that he was

taking a firearm to another location for gunsmithing purposes, stating, "I've got to go to work. I've got to modify this barrel and some other stuff." "I've got another shop, I do all the repairs there." Lock, Stock & Barrel does not have another licensed premises.

28. On or about July 16, 2008, Mitchell offered to repair a firearm for CI-1 despite the CI's statement that he was afraid the firearm might have, "murder on it."

29. During the execution of the search and seizure warrants, there was no gunsmithing equipment located at Mitchell's licensed business premises. There was, however, equipment used in gunsmithing activities at his residence. ATF recovered the following firearms at his residence: 09-ATF-015874, 09-ATF-015875, 09-ATF-015877, 09-ATF-015878, 09-ATF-015879, 09-ATF-015880, 09-ATF-015881, 09-ATF-015882, 09-ATF-015883, 09-ATF-015884, 09-ATF-015885 and 09-ATF-015886.

30. Lock, Stock and Barrel's A&D records are also incomplete as to defendant firearms 09-ATF-015882, 09-ATF-016192, and 09-ATF-016298. In these instances Mitchell failed to make any acquisition entry for the defendant firearms in his A&D records.

**FIRST CLAIM FOR RELIEF**

(18 U.S.C. §§ 922(d) and 924(d))

31. Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 30, above.

32. Within the Central District of California, the defendant firearms and ammunition were intended to be used by the transferor of the firearm or ammunition, Lock, Stock & Barrel, by

and through its officers and employees, in one or more offenses described in 18 U.S.C. § 922(d) and are, therefore, subject to forfeiture pursuant to 18 U.S.C. § 924(d).

### SECOND CLAIM FOR RELIEF
(18 U.S.C. §§ 924(a)(1)(A) and 924(d))

33. Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 30, above.

34. Within the Central District of California, Steven Mitchell reported the following defendant firearms stolen to ATF: items 09-ATF-015874, 09-ATF-015875, 09-ATF-015877, 09-ATF-016007 and 09-ATF-016183. In so doing, Mitchell made a false statement or representation in the records required by the GCA to be maintained by a federal firearms licensee in violation of 18 U.S.C. § 924(a)(1)(A).

35. Defendant firearms identified as items 09-ATF-015874, 09-ATF-015875, 09-ATF-015877, 09-ATF-016007 and 09-ATF-016183 are therefore subject to forfeiture pursuant to 18 U.S.C. § 924(d) as firearms involved in a knowing violation of 18 U.S.C. § 924.

### THIRD CLAIM FOR RELIEF
(18 U.S.C. §§ 923 and 924(d))

36. Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 30, above.

37. Within the Central District of California, Steven Mitchell engaged in the business of dealing in firearms (gunsmithing) at a location other than his licensed business premises in violation of 18 U.S.C. § 923. The defendant firearms identified as items 09-ATF-015874, 09-ATF-015875, 09-ATF-015877, 09-ATF-015878, 09-ATF-015879, 09-ATF-015880, 09-ATF-015881, 09-

ATF-015882, 09-ATF-015883, 09-ATF-015884, 09-ATF-015885 and 09-ATF-015886 on Attachment A were recovered from Mithcell's unlicensed premises.

38. Accordingly, items 09-ATF-015874, 09-ATF-015875, 09-ATF-015877, 09-ATF-015878, 09-ATF-015879, 09-ATF-015880, 09-ATF-015881, 09-ATF-015882, 09-ATF-015883, 09-ATF-015884, 09-ATF-015885 and 09-ATF-015886 are involved in a willful violation of 18 U.S.C. § 923 and are subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d).

### FOURTH CLAIM FOR RELIEF
(18 U.S.C. §§ 923(g) and 924(d), 27 C.F.R. § 478.125)

39. Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 30, above.

40. Defendants identified as 09-ATF-015882, 09-ATF-016192, and 09-ATF-016298 were not recorded in the A&D records of Steven Mitchell, who at the relevant time had a federal firearms license issued pursuant to 18 U.S.C. § 923. Based on these acts and omissions, all defendants are subject to forfeiture pursuant to 18 U.S.C. § 924(d) as firearms involved in or used in a willful violation of Chapter 44 of Title 18, United States Code and/or any rule or regulation promulgated thereunder.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendants, due notice be given to all interested parties to appear and show cause why forfeiture should be not be decreed, that this court decree forfeiture of the defendants to the United States of America for disposition according to law, and for such other and further relief as this

10

court may deem just and proper, together with the costs and disbursements of this action.

DATED: December 16, 2009

        GEORGE S. CARDONA
        Acting, United States Attorney
        CHRISTINE C. EWELL
        Assistant United States Attorney
        Chief, Criminal Division

        _____
        STEVEN R. WELK
        Assistant United States Attorney
        Chief, Asset Forfeiture Section

        Attorneys for Plaintiff
        United States of America

## VERIFICATION

I, Amy K. L. McLeod, hereby declare that:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and am one of the case agents for the forfeiture matter entitled <u>United States v. 206 Firearms and Approximately 41,725 Assorted Rounds of Ammunition</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports and records provided to me by other law enforcement agents and ATF investigators.

3. Everything contained in the Complaint is true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed December 16th, 2009 in ~~Atlanta, Georgia~~ ~~California~~.

_Amy K. L. McLeod_

Asset List for Personal Seizure Notice - CAFRA                                      June 15, 2009 (2:49pm)

Agency Case: 784035-08-0027  Lock, Stock & Barrel                                   Seizure No: 01

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | VIN/SERIAL NO |
|---|---|---|---|
| 09-ATF-015387 | Ruger SR9 Pistol, 9CAL sn:330-61880 | 200.00 | 330-61880 |
| 09-ATF-015399 | Ruger SR9 Pistol, 9CAL sn:330-44036 | 200.00 | 330-44036 |
| 09-ATF-015429 | Hipoint C380 Pistol, 380CAL sn:P8005252 | 200.00 | P8005252 |
| 09-ATF-015430 | Springfield Armory, Geneseo, IL XD 40 Pistol, 40CAL sn:US1897 | 200.00 | US189727 |
| 09-ATF-015431 | Springfield Armory, Geneseo, IL XD 40 Tactical Pistol, 40CAL | 200.00 | US199663 |
| 09-ATF-015432 | Smith & Wesson SW40VE Pistol, 40CAL sn:DSM0670 | 200.00 | DSM0670 |
| 09-ATF-015433 | Smith & Wesson SW9VE Pistol, 9CAL sn:DSL4115 | 200.00 | DSL4115 |
| 09-ATF-015434 | Glock GMBH 21 Pistol, 45CAL sn:MRY071 | 200.00 | MRY071 |
| 09-ATF-015435 | Smith & Wesson SW40VE Pistol, 40CAL sn:DSM6365 | 200.00 | DSM6365 |
| 09-ATF-015436 | Enfield Ishapore Rifle, 308CAL sn:44835 | 200.00 | 44835 |
| 09-ATF-015603 | Ruger SR9 Pistol, 9CAL sn:330-55424 | 200.00 | 330-55424 |
| 09-ATF-015608 | Ruger SR9 Pistol, 9CAL sn:330-44119 | 200.00 | 330-44119 |
| 09-ATF-015612 | Ruger Single Six Revolver, 22CAL sn:268-53788 | 200.00 | 268-53788 |
| 09-ATF-015614 | Taurus International 357 Magnum Revolver, sn:AS508311 | 200.00 | AS508311 |
| 09-ATF-015616 | Rossi 357 Magnum Revolver, 38CAL sn:BY94472 | 200.00 | BY94472 |
| 09-ATF-015617 | Smith & Wesson 500 Revolver, 50CAL sn:CME2427 | 200.00 | CME2427 |
| 09-ATF-015620 | North American Arms 22 Revolver, 22CAL sn:L101517 | 200.00 | L101517 |
| 09-ATF-015621 | Cobra Enterprises, Inc. C22LR Derringer sn:047333 | 200.00 | 047333 |
| 09-ATF-015622 | Cobra Enterprises, In. C22LR Derringer sn:044136 | 200.00 | 044136 |
| 09-ATF-015625 | Beretta USA Corp Tomcat Pistol, 32CAL sn:DAA460495 | 200.00 | DAA460495 |
| 09-ATF-015714 | Beretta USA Corp. Tomcat Pistol, 32CAL sn:DAA460503 | 200.00 | DAA460503 |
| 09-ATF-015715 | Smith & Wesson SW40VE Pistol, 40CAL sn:DSM6375 | 200.00 | DSM6375 |
| 09-ATF-015716 | Smith & Wesson SW40VE Pistol, 40CAL sn:DSM7678 | 200.00 | DSM7678 |
| 09-ATF-015717 | Smith & Wesson SW40VE Pistol, 40CAL sn:DSM0658 | 200.00 | DSM0658 |
| 09-ATF-015718 | Smith & Wesson SW9VE Pistol, 9CAL sn:DSL4017 | 200.00 | DSL4017 |
| 09-ATF-015719 | Smith & Wesson SW9VE Pistol, 9CAL sn:DSL4011 | 200.00 | DSL4011 |
| 09-ATP-015720 | Smith & Wesson SW9VE Pistol, 9CAL sn:DSL4010 | 200.00 | DSL4010 |
| 09-ATF-015736 | Smith & Wesson SW9VE Pistol, 9CAL sn:DSL4013 | 200.00 | DSL4013 |
| 09-ATF-015737 | Springfield Armory, Geneseo, IL XD 40 Subcompact Pistol, 40CA | 200.00 | US188233 |
| 09-ATF-015754 | Springfield Armory, Geneseo, IL XD 9 Subcompact Pistol, 9CAL | 200.00 | US125007 |
| 09-ATF-015767 | Springfield Armory, Geneseo, IL XD40 Subcompact Pistol, 40CAL | 200.00 | US185020 |
| 09-ATF-015777 | Ruger MKIII Pistol, 22/45CAL sn:228-85893 | 200.00 | 228-85893 |
| 09-ATF-015779 | Rossi 971 Revolver sn:B0593638 | 200.00 | B0593638 |
| 09-ATF-015780 | Charter Arms On Duty Revolver sn:107950 | 200.00 | 107950 |
| 09-ATF-015782 | Charter Arms Bulldog Pug Revolver sn:100308 | 200.00 | 100308 |
| 09-ATF-015783 | Taurus Ultra Lite Revolver sn:CM12003 | 200.00 | CM12003 |
| 09-ATF-015786 | Taurus Ultra Lite Revolver sn:CM12658 | 200.00 | CM12658 |
| 09-ATF-015793 | Ruger SP101 Revolver sn:574-05698 | 200.00 | 574-05698 |
| 09-ATF-015794 | Phoenix Arms Co. HP22A Pistol, 22CAL sn:4305957 | 200.00 | 4305957 |
| 09-ATF-015795 | Phoenix Arms Co. HP22A Pistol, 22CAL sn:4305956 | 200.00 | 4305956 |
| 09-ATF-015796 | Phoenix Arms Co. HP22A Pistol, 22CAL sn:4305954 | 200.00 | 4305954 |
| 09-ATF-015797 | Beretta USA Corp U22 Neos Pistol, 22CAL sn:R01299 | 200.00 | R01299 |
| 09-ATF-015798 | Smith & Wesson M&P Pistol, 40CAL sn:DSL8689 | 200.00 | DSL8689 |
| 09-ATF-015799 | Smith & Wesson M&P Pistol, 40CAL sn:DSK9159 | 200.00 | DSK9159 |
| 09-ATF-015800 | Smith & Wesson M&P Pistol, 45CAL sn:MRL0750 | 200.00 | MRL0750 |
| 09-ATF-015801 | Smith & Wesson SW9VE Pistol, 9CAL sn:DSL4142 | 200.00 | DSL4142 |
| 09-ATF-015802 | Sig-Sauer P6 Pistol, 9CAL sn:M480733 | 200.00 | M480733 |
| 09-ATF-015803 | Sig-Sauer P6 Pistol, 9CAL sn:M480832 | 200.00 | M480832 |
| 09-ATF-015804 | Sig-Sauer P6 Pistol, 9CAL sn:M479564 | 200.00 | M479564 |
| 09-ATF-015805 | Glock GMBH 21 Pistol, 45CAL sn:MRR662 | 200.00 | MRR662 |
| 09-ATF-015806 | Glock GMBH 21 Pistol, 45CAL sn:MRX607 | 200.00 | MRX607 |
| 09-ATF-015807 | Glock GMBH 21 Pistol, 45CAL sn:MRR006 | 200.00 | MRR006 |
| 09-ATF-015808 | Glock GMBH 19 Pistol, 9CAL sn:LYZ514 | 200.00 | LYZ514 |
| 09-ATF-015809 | Glock GMBH 22 Pistol, 40CAL sn:MVB893 | 200.00 | MVB893 |
| 09-ATF-015810 | Glock GMBH 19 Pistol, 9CAL sn:LYZ517 | 200.00 | LYZ517 |
| 09-ATF-015811 | Ruger MK III Pistol, 22CAL sn:270-18640 | 200.00 | 270-18640 |
| 09-ATF-015828 | Ruger Mark III Pistol, sn:227-84074 | 200.00 | 227-84074 |
| 09-ATF-015829 | Ruger P95 Pistol, 9CAL sn:316-79878 | 200.00 | 316-79878 |
| 09-ATF-015830 | Ruger SR9 Pistol, 9CAL sn:330-58533 | 200.00 | 330-58533 |
| 09-ATF-015831 | Taurus PT 24/7 CA Pistol, 40CAL sn:SCN94002 | 200.00 | SCN94002 |
| 09-ATF-015832 | 425Rounds Assorted Ammo, **CAL | 42.50 | |
| 09-ATF-015833 | Enfield MK1 Rifle, 303CAL sn:MK407319 | 200.00 | MK407319 |
| 09-ATF-015835 | Turkey Field Shotgun, 12CAL sn:9503494 | 400.00 | 9503494 |
| 09-ATF-015837 | Turkey Field Shotgun, 12CAL sn:9502901 | 400.00 | 9502901 |
| 09-ATF-015841 | Harrington and Richardson Pardner Shotgun, 410CAL sn:HX326732 | 100.00 | HX326732 |
| 09-ATF-015842 | Phoenix Arms Co. HP25A Pistol, 25CAL sn:4310169 | 200.00 | 4310169 |
| 09-ATF-015874 | Ruger 10/22 Carbine Rifle, 22CAL sn:123-75361 | 200.00 | 123-75361 |
| 09-ATF-015875 | Taurus Raging Bull Pistol, 44CAL sn:RE651202 | 200.00 | RE651202 |
| 09-ATF-015877 | Smith & Wesson 17-4 Revolver sn:AFB0376 | 100.00 | AFB0376 |
| 09-ATF-015878 | Walther P22 Pistol, 22CAL sn:N057753 | 200.00 | N057753 |
| 09-ATF-015879 | Savage Savage Quality Pistol, 32CAL sn:227182 | 200.00 | 227182 |
| 09-ATF-015880 | High Standard Derringer Derringer sn:D44989 | 100.00 | D44989 |
| 09-ATF-015881 | Savage 887 Rifle, 22CAL sn:D255391 | 200.00 | D255391 |
| 09-ATF-015882 | Iver Johnson Champion Rifle, 410CAL sn:30330B | 200.00 | 30330B |
| 09-ATF-015883 | Winchester 97 Shotgun, 12CAL sn:93114 | 200.00 | 93114 |
| 09-ATF-015884 | Marlin Firearms Co. 60 Rifle, 22CAL sn:10472324 | 200.00 | 10472324 |

Attachment A

```
09-ATF-015885  Remington Arms Company, Inc. 721 Rifle, 270CAL sn:411194           200.00   411194
09-ATF-015886  Remington Arms Company, Inc. Woodmaster 742 Rifle, 30-06CAL s      200.00   128179
09-ATF-015887  Ruger SR9 Pistol, 9CAL sn:330-44054                                200.00   330-44054
09-ATF-015888  Ruger SR9 Pistol, 9CAL sn:330-61888                                200.00   330-61888
09-ATF-015889  Ruger SR9 Pistol, 9CAL sn:330-44106                                200.00   330-44106
09-ATF-015890  Ruger GP-100 Revolver sn:175-64005                                 200.00   175-64005
09-ATF-015952  Ruger GP100 Revolver sn:175-64377                                  200.00   175-64377
09-ATF-015953  Ruger New Bearcat Revolver sn:94-44030                             200.00   94-44030
09-ATF-015954  Springfield Armory, Geneseo, IL XD 40 Pistol, 40CAL sn:US1878      200.00   US187851
09-ATF-015956  CZ USA CZ75D Compact Pistol, 9CAL sn:A576694                       200.00   A576694
09-ATF-015957  Glock Inc. 19 Pistol, 9CAL sn:NAV775                               200.00   NAV775
09-ATF-015958  Rock Island Armory Inc. (Geneseo, IL) 1911 Pistol, 45CAL sn:RIA1115134  200.00  RIA1115134
09-ATF-015959  Taurus International PT 24/7 Pistol, 40CAL sn:SCN93944             200.00   SCN93944
09-ATF-015961  Smith & Wesson Airweight Revolver sn:CLZ6460                       200.00   CLZ6460
09-ATF-015963  Smith & Wesson Airweight Revolver sn:CLZ1054                       200.00   CLZ1054
09-ATF-015965  Smith & Wesson Airweight Revolver sn:CLZ6461                       200.00   CLZ6461
09-ATF-015966  Smith & Wesson Airweight Revolver sn:CMB9939                       200.00   CMB9939
09-ATF-015967  Smith & Wesson Airweight Revolver sn:CLZ1274                       200.00   CLZ1274
09-ATF-015968  Rossi 352 Revolver sn:BY94470                                      200.00   BY94470
09-ATF-015969  Rossi 461 Revolver sn:BY726888                                     200.00   BY726888
09-ATF-015972  Rossi 461 Revolver sn:BY726884                                     200.00   BY726884
09-ATF-015973  Taurus PT140 PRO Pistol, 40CAL sn:SCO12452                         200.00   SCO12452
09-ATF-015974  Taurus PT 145 PRO Pistol, 45CAL sn:NCO12073                        200.00   NCO12073
09-ATF-015975  Walther P22 Pistol, 22CAL sn:N056708                               200.00   N056708
09-ATF-015976  Walther P22 Pistol, 22CAL sn:L296882                               200.00   L296882
09-ATF-015977  Hipoint C380 Pistol, 380CAL sn:P8006136                            200.00   P8006136
09-ATF-015990  Hipoint C380 Pistol, 380CAL sn:P8005283                            200.00   P8005283
09-ATF-015993  Hipoint C380 380 sn:P8005253                                       200.00   P8005253
09-ATF-015996  Hipoint C380 380 sn:P8005254                                       200.00   P8005254
09-ATF-015999  Glock GMBH 19 Pistol, 9CAL sn:MUP712                               200.00   MUP712
09-ATF-016003  Glock GMBH 19 Pistol, 9CAL sn:NAS024                               200.00   NAS024
09-ATF-016004  Glock GMBH 17 Pistol, 9CAL sn:MXW302                               200.00   MXW302
09-ATF-016007  Glock GMBH 22 Pistol, 40CAL sn:01291DPD                            200.00   01291DPD
09-ATF-016009  Phoenix Arms Co. HP25A Pistol, 25CAL sn:4306411                    200.00   4306411
09-ATF-016014  Phoenix Arms Co. HP22 Pistol, 22CAL sn:4188948                     200.00   4188948
09-ATF-016017  Cobra Enterprises, Inc. CB38 Derringer sn:CT060718                 200.00   CT060718
09-ATF-016020  Cobra Enterprises, Inc. CB38 Derringer sn:CT060717                 200.00   CT060717
09-ATF-016021  Cobra Enterprises, Inc. C22LR Derringer sn:050092                  200.00   050092
09-ATF-016022  Ruger P90 Pistol, 45CAL sn:663-86272                               200.00   663-86272
09-ATF-016023  Ruger P95 Pistol, 9CAL sn:316-62423                                200.00   316-62423
09-ATF-016024  Walther P22CA Pistol, 22CAL sn:L296783                             200.00   L296783
09-ATF-016025  Sig-Sauer P6 Pistol, 9CAL sn:M480877                               200.00   M480877
09-ATF-016026  Colt 1911 Pistol, 45CAL sn:2825281                                1000.00   2825281
09-ATF-016028  Charter Arms Undercover Revolver sn:106570                         200.00   106570
09-ATF-016029  Glock GMBH 22 Pistol, 40CAL sn:NBL345                              500.00   NBL345
09-ATF-016031  Glock GMBH 22 Pistol, 40CAL sn:NBL347                              500.00   NBL347
09-ATF-016032  Glock GMBH 19 Pistol, 9CAL sn:NAS025                               500.00   NAS025
09-ATF-016033  Glock GMBH 26 Pistol, 9CAL sn:MBY105                               500.00   MBY105
09-ATF-016034  Glock GMBH 27 Pistol, 40CAL sn:MVT047                              500.00   MVT047
09-ATF-016035  Smith & Wesson M&P40 Pistol, 40CAL sn:MPX0012                      500.00   MPX0012
09-ATF-016036  Smith & Wesson M&P40 Pistol, 40CAL sn:DSL6301                      500.00   DSL6301
09-ATF-016155  Smith & Wesson M&P9 Pistol, 9CAL sn:DSP8450                        500.00   DSP8450
09-ATF-016158  Smith & Wesson SW40VE Pistol, 40CAL sn:RBT9097                     500.00   RBT9097
09-ATF-016160  Sig Sauer (Sig-Arm) GSR Pistol, 45CAL sn:GS17132                   500.00   GS17132
09-ATF-016161  Sig Sauer (Sig-Arms) GSR Pistol, 45CAL sn:GS17143                  500.00   GS17143
09-ATF-016162  Cobra Enterprises, Inc. Patriot Pistol, 45CAL sn:M006630           200.00   M006630
09-ATF-016163  Bersa Thunder 380 Pistol, 380CAL sn:943188                         500.00   943188
09-ATF-016164  Imbel 1911-A1 Pistol, 45CAL sn:N540307                             500.00   N540307
09-ATF-016165  Taurus PT1911 Pistol, 38CAL sn:LBW75260                            500.00   LBW75260
09-ATF-016166  Ruger SR9 Pistol, 9CAL sn:330-55472                                500.00   330-55472
09-ATF-016167  Phoenix Arms Co. HP25A Pistol, 25CAL sn:4310170                    100.00   4310170
09-ATF-016168  Keltec, CNC Industries, Inc. P40 Pistol, 40CAL sn:81803            100.00   81803
09-ATF-016169  Ruger GP100 Revolver sn:175-61619                                  500.00   175-61619
09-ATF-016170  Ruger GP100 Revolver sn:175-60101                                  500.00   175-60101
09-ATF-016171  Charter Arms Undercover Revolver sn:106571                         100.00   106571
09-ATF-016172  Mossberg 590 Shotgun, 12CAL sn:T392284                             400.00   T392284
09-ATF-016173  Mossberg 500 Shotgun, 12CAL sn:L2712357                            400.00   L2712357
09-ATF-016174  Mossberg 190K-A Shotgun, 16CAL sn:NONE                             400.00   NONE
09-ATF-016175  Mossberg 590 Shotgun, 12CAL sn:T388264                             400.00   T388264
09-ATF-016176  Mossberg 500A Shotgun, 12CAL sn:L530810                            400.00   L530810
09-ATF-016177  Turkey Field Shotgun, 12CAL sn:9502428                             400.00   9502428
09-ATF-016178  Turkey Field Shotgun, 12CAL sn:9503491                             400.00   9503491
09-ATF-016179  Turkey Field Shotgun, 12CAL sn:9502915                             400.00   9502915
09-ATF-016180  Turkey Field Shotgun, 12CAL sn:9502914                             400.00   9502914
09-ATF-016181  Turkey Field Shotgun, 12CAL sn:9502427                             400.00   9502427
09-ATF-016182  Remington Arms Company, Inc. 3200 Shotgun, 12CAL sn:OU40774        500.00   OU40774
09-ATF-016183  Remington Arms Company, Inc. 10 Shotgun, 12CAL sn:231528           500.00   231528
09-ATF-016184  Remington Arms Company, Inc. SPR310 Shotgun, 12CAL sn:0827151      500.00   082715141R
09-ATF-016185  CZ USA CZ712 Shotgun, 12CAL sn:05A5460                             500.00   05A5460
09-ATF-016186  CZ USA CZ720 Shotgun, 20CAL sn:08A2079                             500.00   08A2079
09-ATF-016187  Winchester 1300 Shotgun, 12CAL sn:L2996360                         300.00   L2996360
09-ATF-016188  Winchester 1897 Shotgun, 16CAL sn:178875                           300.00   178875
09-ATF-016189  Marlin Firearms Co. 120 Shotgun, 12CAL sn:A24975                   300.00   A24975
09-ATF-016190  Hatsan Arms Co. Escort Shotgun, 12CAL sn: 107045                   300.00   107045
09-ATF-016191  Browning 28 Shotgun, 20CAL sn:01053NV162                           300.00   01053NV162
```

```
09-ATF-016192 Kessler Arms Corporation None Shotgun, 12CAL sn:NONE           300.00   NONE
09-ATF-016223 Savage 258A Shotgun, 20CAL sn:NONE                             300.00   NONE
09-ATF-016225 Unknown Manufacturer Ranger Shotgun, 12CAL sn:957095           300.00   957095
09-ATF-016227 Ruger 10/22 Rifle, 22CAL sn:353-68515                          200.00   353-68515
09-ATF-016229 Ruger 10/22 Rifle, 22CAL sn:353-25235                          200.00   353-25235
09-ATF-016231 Ruger 10/22 Rifle, 22CAL sn:353-68516                          200.00   353-68516
09-ATF-016233 Ruger Ranch Rifle, 223CAL sn:580-78057                         500.00   580-78057
09-ATF-016270 Ruger Ranch Rifle, 223CAL sn:580-73793                         500.00   580-73793
09-ATF-016279 Ruger Ranch Rifle, 223CAL sn:580-78080                         500.00   580-78080
09-ATF-016280 Ruger Ranch Rifle, 223CAL sn:580-97029                         500.00   580-97029
09-ATF-016284 Romania 1976 Rifle, 22CAL sn:Z5125                             100.00   Z5125
09-ATF-016285 Romania 1976 Rifle, 22CAL sn:Z6629                             100.00   Z6629
09-ATF-016288 Romania 1974 Rifle, 22CAL sn:V1452                             100.00   V1452
09-ATF-016289 Romania M1969 Rifle, 22CAL sn:M6907074                         100.00   M6907074
09-ATF-016290 Mossberg 151M Rifle, 22CAL sn:NONE                             100.00   NONE
09-ATF-016291 Enfield Ishapore Rifle, 308CAL sn:32952                        200.00   32952
09-ATF-016292 Enfield Ishapore Rifle, 308CAL sn:07838                        200.00   07838
09-ATF-016293 Enfield No. 4 MK1 Rifle, 303CAL sn:MK407304                    200.00   MK407304
09-ATF-016294 Enfield Shtle III Rifle, 303CAL sn:24714                       200.00   24714
09-ATF-016295 Enfield 470 Rifle, 303CAL sn:BH2195                            200.00   BH2195
09-ATF-016296 Enfield NO.5 MKI Rifle, 303CAL sn:B6289                        200.00   B6289
09-ATF-016297 Enfield 1913 Rifle, 303CAL sn:3022                             200.00   3022
09-ATF-016298 Germany Mauser Rifle, 308CAL sn:2Z5073                         200.00   2Z5073
09-ATF-016299 Remington Arms Company, Inc. 6 Rifle, 22CAL sn:505412          200.00   505412
09-ATF-016307 France Chassepot Rifle, 11CAL sn:27777                         200.00   27777
09-ATF-016308 CZ (Ceska Zbrojovka) Mauser Rifle, 8CAL sn:E5645               200.00   E5645
09-ATF-016309 Browning X Bolt Rifle, 30-06CAL sn:29275MP354                  500.00   29275MP354
09-ATF-016310 Browning Longtrac Rifle, 300CAL sn:311MP06343                  500.00   311MP06343
09-ATF-016311 Remington Arms Company, Inc. 721 Rifle, 30-06CAL sn:154980     200.00   154980
09-ATF-016312 Remington Arms Company, Inc. 511 Rifle, 22CAL sn:NONE          200.00   NONE
09-ATF-016315 Remington Arms Company, Inc. 12-A Pistol, 22CAL sn:505593      200.00   505593
09-ATF-016316 Marlin Firearms Co. 60 Rifle, 22CAL sn:27265819                200.00   27265819
09-ATF-016317 Marlin Firearms Co. 80 Rifle, 22CAL sn:NONE                    200.00   NONE
09-ATF-016319 Hammerli Sport Rifle, 22CAL sn:01121                           200.00   01121
09-ATF-016320 Russian Mosin Nagant Rifle, 762CAL sn:TN9495                   200.00   TN9495
09-ATF-016323 Savage 84C Rifle, 22CAL sn:NONE                                200.00   NONE
09-ATF-016325 Steyr 95 Rifle, 8CAL sn:2277                                   200.00   2277
09-ATF-016351 Unknown Manufacturer M1 Carbine Rifle, 30CAL sn:5456025        200.00   5456025
09-ATF-016352 Harrington and Richardson Handi Rifle, 45CAL sn:HX364444       200.00   HX364444
09-ATF-016354 Unknown Manufacturer 41 Rifle,  22CAL sn:NONE                  200.00   NONE
09-ATF-016355 Italy Carcano Rifle, 735CAL sn:NONE                            200.00   NONE
09-ATF-016357 Winchester 1902 Rifle, 22CAL sn:NONE                           100.00   NONE
09-ATF-016358 Yugoslavia SKS Rifle, 762CAL sn:212809                         200.00   212809
09-ATF-016359 Unknown Manufacturer 25 Rifle, 22CAL sn:NONE                   200.00   NONE
09-ATF-016360 Springfield Armory, Geneseo, IL M1A Rifle, 308CAL sn:208599    200.00   208599
09-ATF-016361 525Rounds Assorted Ammo, **CAL                                  52.50
09-ATF-016362 Assorted  Ammo                                                 174.50
09-ATF-016364 1300Rounds Assorted Ammo, **CAL                                130.00
09-ATF-016365 5100Rounds Assorted Ammo, **CAL                                510.00
09-ATF-016366 60Rounds Assorted Ammo, **CAL                                    6.00
09-ATF-016367 1400Rounds Assorted Ammo, **CAL                                140.00
09-ATF-016368 900Rounds Assorted Ammo, **CAL                                  90.00
09-ATF-016372 710Rounds Assorted Ammo, **CAL                                  71.00
09-ATF-016373 990Rounds Assorted Ammo, **CAL                                  99.00
09-ATF-016376 235Rounds Assorted Ammo, **CAL                                  23.50
09-ATF-016378 1560Rounds Assorted Ammo, **CAL                                156.00
09-ATF-016379 972Rounds Assorted Ammo, **CAL                                  97.20
09-ATF-016380 1400Rounds Assorted Ammo, **CAL                                140.00
09-ATF-016382 1420Rounds Assorted Ammo, **CAL                                142.00
09-ATF-016383 2550Rounds Assorted Ammo, **CAL                                255.00
09-ATF-016385 2475Rounds Assorted Ammo, **CAL                                247.50
09-ATF-016386 1750Rounds Assorted Ammo, **CAL                                175.00
09-ATF-016388 950Rounds Assorted Ammo, **CAL                                  95.00
09-ATF-016389 490Rounds Assorted Ammo, **CAL                                  49.00
09-ATF-016391 700Rounds Assorted Ammo, **CAL                                  70.00
09-ATF-016392 990Rounds Assorted Ammo, **CAL                                  99.00
09-ATF-016394 263Rounds Assorted Ammo, **CAL                                  26.30
09-ATF-016396 263Rounds Assorted Ammo, **CAL                                  26.30
09-ATF-016397 993Rounds Assorted Ammo, **CAL                                  99.30
09-ATF-016398 940Rounds Assorted Ammo, **CAL                                  94.00
09-ATF-016399 1160Rounds Assorted Ammo, **CAL                                116.00
09-ATF-016401 1164Rounds Assorted Ammo, **CAL                                116.40
09-ATF-016402 949Rounds Assorted Ammo, **CAL                                  94.90
09-ATF-016404 1962Rounds Assorted Ammo, **CAL                                196.20
09-ATF-016405 3260Rounds Assorted Ammo, **CAL                                326.00
09-ATF-016413 660Rounds Assorted Ammo, **CAL                                  66.00
09-ATF-016414 Taurus Ultra Lite Revolver, 38CAL sn:BV71782                   200.00   BV71782
09-ATF-017065 2000Rounds Other Ammo, 308CAL                                  200.00
```

ATTACHMENT B –DEFENDANTS SEIZED FROM MITCHELL SOUGHT BY INNOCENT OWNERS

| ASSET ID # | LAST NAME | CLAIM FILED |
|---|---|---|
| 09-ATF-015842 | HOLGUIN | YES |
| 09-ATF-015878 | MAURICE | YES |
| 09-ATF-015879 | KLOSE | |
| 09-ATF-015880 | MACHADO | |
| 09-ATF-015881 | DVORAK | |
| 09-ATF-015882 | COY | YES |
| 09-ATF-015883 | DYKSTRA | |
| 09-ATF-015884 | CHANDLER | |
| 09-ATF-015885 | KLOSE | |
| 09-ATF-015886 | REEF | YES |
| 09-ATF-015990 | HUNTER | |
| 09-ATF-015993 | ORCUTT | |
| 09-ATF-015977 | SMITH | |
| 09-ATF-016003 | LOPEZ | YES |
| 09-ATF-016004 | MARTIN | YES |
| 09-ATF-016009 | BRANDON | |
| 09-ATF-016014 | PATRICK | YES |
| 09-ATF-016022 | LUAS | |
| 09-ATF-016026 | ALCANTARA | YES |
| 09-ATF-016028 | JEHLY | YES |
| 09-ATF-016031 | BUZZARD | YES |
| 09-ATF-016032 | NOEL | YES |
| 09-ATF-016033 | PEREZ | |
| 09-ATF-016034 | KARLYN | YES |
| 09-ATF-016036 | R. CASTRO | |
| 09-ATF-016161 | HANRY | |
| 09-ATF-016166 | D. CASTRO | YES |
| 09-ATF-016171 | KWAUKA | |
| 09-ATF-016182 | POPVICH | |
| 09-ATF-016188 | LUCAS | |
| 09-ATF-016189 | SOLORIO | |

Attachment B

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

**CV09- 9235 MMM (AGRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)  NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
United States of America

**DEFENDANTS**
206 Firearms and 41,725 Rounds of Assorted Ammunition

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Steven R. Welk, Assistant United States Attorney
1400 United States Courthouse, 312 North Spring Street
Los Angeles, California 90012; Telephone: (213)894-6166 Fax: (213) 894-7177

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☑ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
18 U.S.C. § 924(d)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☑ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **CV09 09235**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                              CIVIL COVER SHEET                              Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☑ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date December 16, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |