UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 09-09235-MMM(AGRx) |
| Date | April 12, 2010 |

Title   U.S.A. vs 206 Firearms et al

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | MARK SCHWEITZER |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| AUSA Steven Welk | Joseph Silvoso |

**Proceedings:**   SCHEDULING CONFERENCE

The parties are directed to the Attorney Settlement Officer Panel for settlement conference to be completed no later than December 29, 2010. The parties are further directed to file their Selection of Attorney Settlement Officer no later than May 3, 2010. See Order/Referral to ADR Pilot Program.

After conferring with counsel, the Court schedules the following dates:

| | |
|---|---|
| Rule 26 disclosures: | April 20, 2010 |
| Deadline to file motions/stipulations seeking amendment of pleadings: | May 10, 2010 |
| Further telephone status conference: | September 9, 2010 at 5:30 p.m. |
| Fact discovery cut-off: | October 1, 2010 |
| Initial expert disclosures: | October 15, 2010 |
| Rebuttal expert disclosures: | October 29, 2010 |
| Expert discovery cut-off: | November 12, 2010 |
| (All discovery motions are to be filed sufficiently in advance of the discovery cut-off date that they may be heard on or before that date) | |
| Motions hearing cut-off: | December 13, 2010 at 10:00 a.m. |
| Pretrial Conference: | January 10, 2011 at 9:00 a.m. |
| **(Including motions in limine)** | |
| Jury Trial: | February 8, 2010 at 8:30 a.m. |

Plaintiffs' counsel is to initiate the call for the further telephone status conference through the telephone operator to include all counsel of record and chambers at **(213) 894-2957**. If there is any problem completing the call, counsel should contact the courtroom deputy, Anel Huerta, at (213) 894-7857.