1  Jason A. Davis - SBN 224250
   Davis & Associates
2  27281 Las Ramblas, Suite 200
   Mission Viejo, CA 92691
3  Tel 949.310.0817/Fax 949.288.6894
   E-Mail: Jason@CalGunLawyers.com
4

5  C.D. Michel - S.B.N. 144258
   Cmichel@MichelandAssociates.com
6  Joseph A. Silvoso III - SBN 248502
   Jsilvoso@MichelandAssociates.com
7  MICHEL & ASSOCIATES, P.C.
   180 E. Ocean Boulevard, Suite 200
8  Long Beach, CA 90802
   Telephone: 562-216-4444
9

10 Attorneys for Claimant
   Stephen Mitchell
11

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  UNITED STATES OF AMERICA, | CASE NO: CV 09-9235 MMM (AGRx) |
| 16            Plaintiff, | **NOTICE OF MOTION TO STRIKE AND MOTION FOR JUDGMENT ON THE PLEADINGS** |
| 17       v. | |
| 18  206 FIREARMS and 41,725 ROUNDS OF AMMUNTION, | DATE:    September 13, 2010 |
| 19            Defendants. | TIME:    10:00 a.m.<br>ROOM:    780 |
| 20 | |

21

22

23

24

25

26

27

28

---

1

NOTICE OF MOTION TO STRIKE & MOTION FOR JUDGMENT ON THE PLEADINGS

1  PLEASE TAKE NOTICE that this motion will be heard before Honorable
2  Margaret M. Morrow on September 13, 2010.  Claimant Stephen Mitchell, by
3  counsel, hereby move to dismiss and strike the Counts I and II of the Complaint for
4  insufficiency under the Supplemental Rules for Admiralty or Maritime Claims and
5  Asset Forfeiture Actions, Rule G(2)(f) and E(2)(a).  This motion seeks an order
6  striking Counts I and II pursuant to Rules 12(e) and (f), Federal Rules of Civil
7  Procedure, and judgment on the pleadings pursuant to Rule 12(c), Federal Rules of
8  Civil Procedure.
9      A memorandum in support of this motion is attached hereto.  This motion is
10 made following the conference of counsel pursuant to L.R. 7-3, which took place
11 on June 17, 2010.

Dated: July 7, 2010

Respectfully submitted,
DAVIS & ASSOCIATES

/s/
Jason A. Davis
Jason@CalGunLawyers.com
Attorneys for Claimant
Stephen Mitchell

# PROOF OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 27281 Las Ramblas, Suite 200 Mission Viejo, CA 92691.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF MOTION TO STRIKE AND MOTION FOR JUDGMENT ON THE PLEADINGS**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Steven R Welk
AUSA - Office of US Attorney
Asset Forfeiture Division
312 North Spring Street 14th Floor
Los Angeles, CA 90012
Email:
USACAC.Criminal@usdoj.gov

Steven Dennis Lucas
13554 Chesire St
Victorville CA 92392
**VIA US MAIL**

Pablo Perez
12033 Cottonwood Ave, Apt #4
Hesperia CA 92345
**VIA US MAIL**

Steven Michael Luas
15475 Rodeo Rd
Hesperia CA 92345
**VIA US MAIL**

Phillip Reef
15252 Seneca Rd #282
Victorville CA 92392-2275
**VIA US MAIL**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2010

/s/
Jason A. Davis