UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-09235-MMM(AGRx) | Date | September 9, 2010 |
| Title | Untied States of America vs 206 Firearms, et al | | |

Present: The Honorable    MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:** **[In Chambers] Order Vacating the Further Telephone Status Conference**

The court hereby vacates the further telephone conference set for September 9, 2010 at 5:30 p.m.

CV-90 (12/02)                              **CIVIL MINUTES - GENERAL**                              Initials of Deputy Clerk <u>AH</u>