UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 09-09235-MMM(AGRx) | Date September 13, 2010 |

Title   United States of America vs 206 Firearms and 41,725 Rounds of Assorted Ammunition

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | MARK SCHWEITZER |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| AUSA Steven Welk | Joseph Silvoso |

**Proceedings:**     **Claimant's Motion to Strike; Judgment on the Pleadings**

    The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court denies claimant's motion for judgment on the pleadings and motion to strike.