```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5       U.S. Courthouse, 14th Floor
         312 N. Spring Street
 6       Los Angeles, CA 90012
         Telephone: (213)894-6166
 7       Facsimile: (213)894-7177

 8  Attorneys for Plaintiff
    United States of America
 9
```

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,          )<br>                              )<br>          v.                  )<br>                              )<br>206 FIREARMS and 41,725       )<br>rounds of assorted ammunition,)<br>                              )<br>          Defendants.         )<br>_____)<br>                              )<br>STEVE MITCHELL,               )<br>                              )<br>          Claimant.           )<br>_____)| NO.  CV 09-9235 MMM (AGRx)<br><br>**NOTICE OF SETTLEMENT OF ACTION AND REQUEST TO VACATE SCHEDULED DATES** |

   This action was filed on December 16, 2009. Notice was given and published in accordance with law. Steve Mitchell ("Mitchell") filed a claim on January 25, 2010 and an answer on February 11, 2010. Steven Dennis Lucas ("Lucas") filed a claim on February 19, 2010 and an answer on March 5, 2010. Sean Karlyn ("Karlyn") filed a claim on February 23, 2010. Pablo Perez ("Perez") filed a claim on February 24, 2010 and an answer on March 17, 2010. Phillip Reef ("Reef") filed a claim on March 9,

2010. Steven Michael Luas ("Luas") filed a claim on March 3, 2010. The defendant firearms claimed by Lucas, Karlyn, Perez, Luas and Reef were dismissed from the action by order of April 5, 2010, leaving Mitchell as the sole remaining claimant.

   Notice is hereby given that Mitchell and the government have reached an agreement that resolves this case in its entirety. The agreement will provide for the sale (through consignment) of some of the defendant firearms and all of the ammunition, and forfeiture of the remainder. Counsel for the parties are currently drafting the consent judgment.

   The parties request that the Court vacate the scheduled dates so that they can concentrate on the drafting of the proposed consent judgment. The parties intend to lodge a proposed consent judgment within 30 days, or no later than January 14, 2011.[1]

DATED: December 17, 2010
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


             /S/
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

---

[1] Government counsel will be out of the office on pre-planned annual leave from December 20, 2010 until January 4, 2011.

2