1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5       U.S. Courthouse, 14th Floor
        312 N. Spring Street
6       Los Angeles, CA 90012
        Telephone: (213)894-6166
7       Facsimile: (213)894-7177

8  Attorneys for Plaintiff
   United States of America

9

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,    )   NO.  CV 09-9235 MMM (AGRx)
                                )
13           Plaintiff,         )   **[PROPOSED]**
                                )
14      v.                      )   **ORDER VACATING SCHEDULED DATES**
                                )   **DUE TO SETTLEMENT; AND SETTING**
15 206 FIREARMS and 41,725      )   **CONDITIONAL STATUS CONFERENCE**
   rounds of assorted ammunition,)
16                              )
             Defendants.        )
17 _____ )
                                )
18 STEVE MITCHELL,              )
                                )
19           Claimant.          )
                                )
20 _____

21      The parties have advised the Court that they have reached an
   agreement resolving this case in its entirety and are in the
22
   process of preparing a proposed consent judgment for the Court's
23
   approval.  Good cause appearing therefor, the currently scheduled
24
   dates in this case are hereby VACATED.  The parties are ordered to
25
   lodge a proposed consent judgment by no later than January 14,
26
   2011.  If no proposed consent judgment is lodged by that date,
27
   counsel for the parties shall appear for a status conference on
28

January 24, 2011 at 10:00 am to explain any delay.  If a proposed consent judgment is lodged in a timely manner, no appearances shall be required on January 24.

DATED: _____, 2010

_____
THE HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

Submitted by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


_____/S/_____
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

2