```
 1 │ ANDRÉ BIROTTE JR.
   │ United States Attorney
 2 │ ROBERT E. DUGDALE
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ STEVEN R. WELK
 4 │ Assistant United States Attorney
   │ Chief, Asset Forfeiture Section
 5 │      U.S. Courthouse, 14th Floor
   │      312 N. Spring Street
 6 │      Los Angeles, CA 90012
   │      Telephone: (213)894-6166
 7 │      Facsimile: (213)894-7177
   │
 8 │ Attorneys for Plaintiff
   │ United States of America
 9 │
```

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  CV 09-9235 MMM (AGRx) |
|---|---|---|
|          Plaintiff, | ) | **NOTICE OF LODGING PROPOSED CONSENT JUDGMENT** |
|          v. | ) | |
| 206 FIREARMS and 41,725 rounds of assorted ammunition, | ) | |
|          Defendants. | ) | |
| STEVE MITCHELL, ET AL., | ) | |
|          Claimants | ) | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 PLEASE TAKE NOTICE that plaintiff herewith lodges its

3 Proposed Consent Judgment of Forfeiture.

4 DATED: January 12, 2011

ANDRÉ BIROTTE JR.
5 United States Attorney
ROBERT E. DUGDALE
6 Assistant United States Attorney
Chief, Criminal Division

7

8 _____/S/ Steven R. Welk_____
STEVEN R. WELK
9 Assistant United States Attorney
Chief, Asset Forfeiture Section

10
Attorneys for Plaintiff
11 United States of America

2